PRO SE INTAKE UNIT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

---

IN Re Lehman
Debtor

against

Kunz -vs- Committee

Case # 16 cv 01379 ( RJS )

Letter re: Proof of Mailing

---

please DOCKET proof of mailing
as ATTACH w/ page 1 of 03/24/16
Film

Wm Kunz

S.D. OF N.Y.

2016 MAR 24  PM 12: 29

SDNY PRO SE OFFICE
RECEIVED

## USDC SDNY

### In Re: Lehman     16-cv-01379 <rjs>

### Kuntz-vs-Committee, etc el al

*Proof of Mailing*

~~In all U.S. states, unclaimed property is governed by the s~~ ... wonder that

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mai
This form may be used for domestic and international mail

From:

Bx 1801
Kunz NAntucet
02554-180 MA
02554

To:

Wachtell, Lipton, Rosen & Katz,
51 West · 52nd Street, New York, NY

PS Form **3817**, April 2007  PSN 7530-02-000-9065

10019

---

U.S. POSTAGE
PAID
NEW YORK, NY
10013
MAR 24, 16
AMOUNT
**$1.35**
R2304E105242-08

10019

1005

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail

From:

Kunz Bx 1801
NAntucet
02554-180 MA

To:

Quinn Emanuel Urquhart & Sullivan,
51 Madison Avenue, 22nd Floor, New York, New York 10

PS Form **3817**, April 2007  PSN 7530-02-000-9065

10010

---

U.S. POSTAGE
PAID
NEW YORK, NY
10013
MAR 24, 16
AMOUNT
**$1.35**
R2304E105242-08

10010

05

---

**UNITED STATES POSTAL SERVICE®**

**Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail

From:

Kunz Bx 1801
NAntucet
02554-180 MA
02554-

To:

Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue, New York, NY 10178

PS Form **3817**, April 2007  PSN 7530-02-000-9065

10178



U.S. POSTAGE
PAID
NEW YORK, NY
10013
MAR 24, 16
AMOUNT
**$1.35**
R2304E105242-08

10178

1005

---

**Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail.

PS Form **3817**, April 2007  PSN 7530-02-000-9065

To:

the Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006, New York, New York 10

From:

Bx 1801
Kunz NAntucet
02554-180 MA



U.S. POSTAGE
PAID
NEW YORK, NY
10013
MAR 24, 16
AMOUNT
**$1.35**
R2304E105242-08

10014

**USDC SDNY**

**In Re: Lehman    16-cv-01379 <rjs>**

**Kuntz-vs-Committee, etc el al**

---

In all U.S. states, unclaimed property is governed by the state laws. It's no wonder that Judge Chapman flew into a rage but the fact is that of all the cases cited by the Committee are 10 and sometimes 20 years old. Nothing presented, that I have seen, comes close to the meshing of an missing $3 Million Cash Escrow with a deposit of something by the Debtor, perhaps pre-petition in Albany.

RECEIVED
2016 MAR 24 A 2: 39
U S DISTRICT COURT SDNY